**98–810.   State v. Daniels.**

Franklin App. No. 97APA06–830.   On review of order certifying a conflict.   The court determines that a conflict exists;  *sua sponte,* cause consolidated with 98–669, *infra,* and held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–841.   State v. Jackson.**

Stark App. No. 97CA0100.   On motion for leave to file delayed appeal.   Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–543.   State ex rel. Sensel v. Leone.**

Butler App. No. CA97–05–102.   (Appeal of Dennis Leone and cross-appeal of Karen Sensel.)
COOK, J., dissents.

**98–579.   Planet Earth Entertainment, Inc. v. Ohio Liquor Control Comm.**

Franklin App. No. 97APE06–744.   Discretionary appeal allowed on Proposition of Law No. II only; *sua sponte,* cause consolidated with 98–774, *supra.*

DOUGLAS, J., would also allow Proposition of Law No. 1.

F.E. SWEENEY and PFEIFER, JJ., would allow all propositions of law.

RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

**98–616.   State v. Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A.**

Franklin App. No. 97APA03–429.

MOYER, C.J., and COOK, J., dissent.

**98–634.   State v. Rykowski.**

Franklin App. No. 97APA06–837.   Discretionary appeal allowed on Proposition of Law No. I only; *sua sponte,* cause consolidated with 98–674, *supra,* and held for the decision in 97–1985, *supra;* briefing schedule stayed.

F.E. SWEENEY, J., would allow all propositions of law.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**98–651.   State v. Bellman.**

Hamilton App. No. C–970169.   Discretionary appeal allowed;  *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

COOK, J., dissents.

**98–668.   Stacy v. Nationwide Mut. Ins. Co.**

Erie App. No. E–96–053.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–669.   State v. Daniels.**

Franklin App. No. 97APA06–830.   Discretionary appeal allowed;  *sua sponte,* cause consolidated with 98–810, *supra,* and held for the decision in 97–1985, *supra;*  briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.